**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

MALIBU MEDIA, LLC,

      Plaintiff,

v.                                     Civil Action No. 2:14-cv-00468-JLG-TPK

JOHN DOE, subscriber assigned IP address
71.74.93.7,

      Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 71.74.93.7. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 6, 2014

                                                    Respectfully submitted,

                                                    By:    /s/ *Yousef M. Faroniya*
                                                    Yousef M. Faroniya
                                                    yousef@YMFincorporated.com
                                                    YMF Inc.: The Law Office of Yousef M. Faroniya
                                                    84 S. 4th Street
                                                    Columbus, OH 43215
                                                    Phone:614-360-1855
                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on July 6, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                 By: _/s/ *Yousef M. Faroniya*_____
                 Yousef M. Faroniya